UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-10469-ODW (JCx) | | Date | February 9, 2026 |
|---|---|---|---|---|
| Title | *Sara Salehiazar v. Marco Rubio et al.* | | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

Plaintiff filed the Complaint in this matter on October 31, 2025.  (Compl., Dkt. No. 1.) On January 9, 2026, the Court ordered Plaintiff to show cause no later than January 16, 2026, why this matter should not be dismissed for lack of prosecution.  (Order to Show Cause, Dkt. No. 10.)  The Court's Order notified Plaintiff that the Court would consider Plaintiff's filing of a noticed motion for entry of default judgment or an Answer by the defendant(s) as an appropriate response.  The Court's Order cautioned that "[f]ailure to respond to the Court's Order shall result in the dismissal of the action."

To date, the Court has received no response to the Court's Order to Show Cause. Consequently, the Court **DISMISSES** Plaintiff's Complaint without prejudice, for lack of prosecution and failure to comply with the Orders of the Court.  The Clerk of the Court shall close the case.

_____  :  __00__

Initials of Preparer    SE